# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHAREBUILDER SECURITIES CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NYSE ARCA EQUITIES, INC., a Delaware corporation<br>Defendant. | C09-703Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On 4/1/2010, Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), docket no. 23. By Minute Order, docket no. 31, the Court set the motion for oral argument, which has been set for July 13, 2010 at 1:30 p.m., and provided notice that it intended to consider the Rule 12(b)(6) motion as one for summary judgment under Fed. R. Civ. P. 12(d). Plaintiff has filed supplemental materials in opposition to the summary judgment. Docket nos. 32-34. Defendant may submit any evidence that is responsive to plaintiff's submissions no later than July 6, 2010. No additional materials shall be submitted without leave of the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 24th day of June, 2010.

BRUCE RIFKIN, Clerk

By s/ Claudia Hawney
Claudia Hawney
Deputy Clerk

MINUTE ORDER - 1